794 A.2d 357

COMMONWEALTH of Pennsylvania, Respondent,

v.

Kenneth CATER, Petitioner.

Supreme Court of Pennsylvania.

April 10, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of April, 2002, the Petition for Allowance of Appeal is granted, limited to the following issue. It is denied in all other respects.

Whether appellate counsel was ineffective in failing to timely file a petition for allowance of appeal.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.